# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JOHN PEREZ AND RAYNA PEREZ, HIS WIFE | : No. 279 WAL 2020 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| | : |
| JOSEPH C. MAROON, M.D.; UPMC; UPMC PRESBYTERIAN; UPMC PRESBYTERIAN-SHADYSIDE; AND TRI-STATE NEUROSURGICAL ASSOCIATES - UPMC | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: JOHN PEREZ | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.

     Justice Wecht did not participate in the consideration or decision in this matter.